UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MARK HUFFMAN

      v.                                         CA 08-392 ML

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration


<u>MEMORANDUM AND ORDER</u>


      This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on November 24, 2009.  The Magistrate Judge recommends that Plaintiff's Motion to Reverse be granted and that the matter be remanded for further administrative proceedings.  The Magistrate Judge also recommends that Defendant's Motion to Affirm be denied.  Neither party has filed an objection to the Report and Recommendation.  The Court, therefore, adopts the Report and Recommendation in its entirety.  Defendant's Motion to Affirm is DENIED.  Plaintiff's Motion to Reverse is GRANTED and the matter is REMANDED for further administrative proceedings.


SO ORDERED:


_____
Mary M. Lisi
Chief United States District Judge
December  *18*  , 2009